UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MATTHEW CALICCHIO, SANDRA CALICCHIO,
and MICHAEL CALICCHIO,

                    Plaintiffs,

                    **ORDER ADOPTING R&R**

   -against-                    14-CV-5958 (DRH) (SIL)

SACHEM CENTRAL SCHOOL DISTRICT, LISA
JOHNSON, JOHN DOLAN, ANDREW LARSEN,
JACK RENDA, KAREN MOTT, and JOHN DOES
number 1-15.

                    Defendants.
----------------------------------------------------------------X

Presently before the Court is the *sua sponte* Report and Recommendation of

Magistrate Judge Steven I. Locke dated March 15, 2022 recommending that the

claims of pro se plaintiff Sandra Calicchio be dismissed with prejudice for failure to

prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and that

subject to the expeditious filing of a stipulation of dismissal by co-plaintiffs

Matthew Calicchio and Michael Calicchio, this matter be terminated.  More than

fourteen (14) days have passed since service of the aforementioned Report and

Recommendation and no objections have been filed.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has

reviewed the Report and Recommendation for clear error, and finding none, now

concurs in both its reasoning and its result.  Accordingly, the Court adopts the

March 15, 2022 Report and Recommendation of Judge Locke as if set forth herein.

Accordingly,

**IT IS HEREBY ORDERED** that:

(1) The claims of plaintiff Sandra Calicchio are hereby dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute; and

(2) Plaintiffs Michael Calicchio and Matthew Calicchio shall file a stipulation of discontinuance or status report within fourteen (14) days of the date hereof. Upon the filing of a stipulation of discontinuance this action will be terminated.

Dated: Central Islip, New York        s/ Denis R. Hurley
      April 5, 2022        Denis R. Hurley
           United States District Judge